IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:07CR7-1 |
| | ) | |
| ROGER LEE CARTER, II, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FIRST CITIZENS BANK & TRUST, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| WOODFOREST NATIONAL BANK, | ) | |
| | ) | |
| Garnishee. | ) | |

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

On January 31, 2007, the court issued a Writ of Continuing Garnishment to First Citizens Bank & Trust and Woodforest National Bank against any and all accounts in the name of Roger Carter, II, including but not limited to, individual accounts and/or accounts held jointly with another individual or entity, or otherwise, including but not limited to accounts of Roger Carter, II d/b/a Explore America, LLC, and/or Explorer America, LLC, and/or Carter Motorsports, and/or Carter 2 Motorsports. On February 12, 2007, Defendant Roger Carter, II, was served with the Application, Notice and Writ of Garnishment. The Defendant filed a Request for A Hearing within the allowable time period. In his request,

Defendant did not claim any exemptions, but argued that the Court should "allow him to continue building [his] business." The Court finds that a hearing in this matter is not necessary since Defendant raises no cognizable claim for an exemption.

**IT IS RECOMMENDED** that Defendant's request for hearing (Pleading No. 20) be denied and that his nonexempt interest in his bank accounts at First Citizens Bank & Trust and Woodforest National Bank be held subject to garnishment.

/s/ P. Trevor Sharp
United States Magistrate Judge

Date: May 7, 2007