IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    v. )<br>ROGER LEE CARTER, II, )<br>    Defendant, )<br>    )<br>and )<br>FIRST CITIZENS BANK & TRUST, )<br>    Garnishee, )<br>and )<br>WOODFOREST NATIONAL BANK, )<br>    Garnishee. ) | No. 1:07CR7-1 |

O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on May 7, 2007, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Defendant's request for hearing [Pleading No. 20] be **DENIED**. **IT IS FURTHER ORDERED** that Defendant's interest in his bank accounts at First Citizens Bank & Trust and Woodforest National Bank are determined to be nonexempt and subject to garnishment.

                                                                                           United States District Judge

Date: July 19, 2007